UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ANN TAYLOR RETAIL, INC., and others,<br><br>        Defendants. | Case No. 21-cv-03643-NC<br><br>**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION** |

On May 14, 2021, Plaintiff brought this ADA action against Defendants. ECF 1. Under 28 U.S.C. § 636(c)(1), all parties must consent to the jurisdiction of a magistrate judge in order for the magistrate judge to exercise jurisdiction over a civil action. *See also* Fed. R. Civ. P. 73. Plaintiff timely consented to this Court's jurisdiction. ECF 6. However, after three extensions of the deadline, Defendants still have not consented or declined this Court's jurisdiction. ECF 9; ECF 10; ECF 18. The Court now ORDERS Defendants to consent or decline the jurisdiction of a magistrate judge by August 26, 2021, or the Court will request that this case be reassigned to a District Judge.

**IT IS SO ORDERED.**

Dated: August 19, 2021  _____
NATHANAEL M. COUSINS
United States Magistrate Judge